

# NUMBER 13-24-00091-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

## IN THE MATTER OF THE MARRIAGE OF
## BRANDON HALL AND ESTHELA ALEJANDRA HALL
## AND IN THE INTEREST OF I.H., S.H., AND C.H., CHILDREN

---

## ON APPEAL FROM THE 261ST DISTRICT COURT
## OF TRAVIS COUNTY, TEXAS

---

# MEMORANDUM OPINION

## Before Justices Silva, Peña, and Fonseca
## Memorandum Opinion by Justice Fonseca[1]

This cause is before the Court on appellant's "Third Motion for Leave to File Third [sic] Amended Brief." Appellant filed his initial brief in this matter on October 28, 2024, and he filed amended briefs on December 9, 2024; March 3, 2025; March 14, 2025; and April 8, 2025. On April 9, 2025, the Clerk of the Court notified appellant that his fourth

---

[1] This appeal was transferred from the Third Court of Appeals in Austin pursuant to an order issued by the Texas Supreme Court. *See* TEX. GOV'T CODE ANN. § 73.001.

amended brief did not conform to Texas Rules of Appellate Procedure 9.4(h), 9.4(j)(5), and 9.9; directed appellant to file an amended brief which fully complies with the appellate rules on or before 5:00 p.m. on Friday, April 11, 2025; and notified appellant that if he files another non-compliant brief, it will be struck, appellant may be prohibited from filing another brief, and the Court will dismiss the appeal for want of prosecution and appellant's failure to comply with this Court's directive and the appellate rules. *See* Tex. R. App. P. 38.9(a), 42.3(b).

On April 15, 2025, appellant filed the instant motion, which we construe as a motion for leave to file a fifth amended brief. Upon review of the proposed fifth amended brief, we find that it does not comply with Texas Rules of Appellate Procedure 9.4(g), 9.4(h), 9.4(j)(5), 9.9, and 38.1(b).

Pro se litigants are held to the same standards as licensed attorneys, and they must therefore comply with all applicable rules of procedure. *Mansfield State Bank v. Cohn*, 573 S.W.2d 181, 184–85 (Tex. 1978). Accordingly, consistent with our prior orders and in the interest of justice, we hereby DENY appellant's "Third Motion for Leave to File Third [sic] Amended Brief." Further, we DISMISS the appeal for want of prosecution and for failure to comply with a notice from the clerk requiring a response or other action within a specified time. *See* Tex. R. App. P. 42.3(b), (c), 43.2(f). Any other pending motions are denied as moot.

YSMAEL D. FONSECA
Justice

Delivered and filed on the
17th day of April, 2025.